**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| KINZIE ADVANCED POLYMERS, LLC, | ) | CASE NO. 1:25-CV-1217 |
| | ) | |
| Plaintiff, | ) | JUDGE CHARLES E. FLEMING |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| CHAZ M. HERMANOWSKI, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On June 10, 2025, Plaintiff filed the above-entitled action. (ECF No. 1). There is no indication on the docket that Defendant Hermanowski has been served. Defendant Hermanowski has not filed an answer in this case. Once an action commences in federal court, the burden is on Plaintiff to obtain service of process upon Defendant. Fed. R. Civ. P. 4. Federal Rule of Civil Procedure 4(m) specifies:

> (m) Time Limit for Service. If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

By September 29, 2025, Plaintiff must either: 1) file proof of service as to Defendant Hermanowski, or 2) show cause why Defendant Hermanowski should not be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: September 12, 2025

_____
**CHARLES E. FLEMING**
**UNITED STATES DISTRICT JUDGE**

1