# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| KINZIE ADVANCED POLYMERS, LLC, | ) | CASE NO. 1:25-CV-01217 |
| | ) | |
| Plaintiff, | ) | JUDGE CHARLES E. FLEMING |
| | ) | |
| v. | ) | |
| | ) | |
| CHAZ M. HERMANOWSKI, *et al.*, | ) | **ORDER TO SHOW CAUSE** |
| | ) | |
| Defendants. | ) | |
| | ) | |

On September 11, 2025, Defendant Jacob Mark Torrison filed a motion for extension of time to answer or otherwise respond to the Complaint. (ECF No. 5). The motion states that Plaintiff's counsel refused to consent to the extension due to the belief that counsel for Defendant Torrison has an ethical conflict of interests. (*Id.*). Plaintiff responded that it has no objection to the requested extension, but asserts that Frantz Ward LLP has a conflict of interests and should be disqualified from representing Defendant Torrison. (ECF No. 7). Plaintiff requests a hearing on the conflict issue. (*Id.* at PageID #105). Defendant Torrison filed a reply, *inter alia*, denying the existence of a conflict and reiterating his request for an extension. (ECF No. 9).

The Court will resolve the conflict issue before addressing the requested extension. The parties shall file supplemental briefing on the conflict issue. The parties shall attach all documentation they believe supports/negates the existence of a conflict. Plaintiff's supplemental brief shall be due on October 21, 2025. Defendant Torrison's supplemental brief shall be due by November 4, 2025. Any reply brief by Plaintiff shall be filed by November 12, 2025.

**IT IS SO ORDERED.**

1

Date: October 8, 2025

                                                  *s/Charles E. Fleming*
                                                  **CHARLES E. FLEMING**
                                                  **UNITED STATES DISTRICT JUDGE**