# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRCT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| KINZIE ADVANCED POLYMERS, LLC, : <br> d/b/a Grove Bags, : <br>  : <br> Plaintiff, : <br>  : Case No. 1:25-cv-1217-CEF <br> v. : <br>  : Judge Charles E. Fleming <br> CHAZ M. HERMANOWSKI, et al., : <br>  : <br> Defendants. : | |

## PLAINTIFF'S SUPPLEMENT TO ITS
## RESPONSE TO ORDER TO SHOW CAUSE

As set forth in Plaintiff Kinzie Advanced Polymers, LLC d/b/a Grove Bags' ("Plaintiff" or "Grove Bags") Response to the Court's Order to Show Cause (ECF No. 12), Plaintiff is in litigation in two states adverse to its direct competitor, Calyx Containers, LLC ("Calyx"). This lawsuit arises out of the dispute between Grove Bags and Calyx.

On November 6, 2025, Calyx's Chief Executive Officer was deposed in Case No. 1:24-cv-01887-SO. The Chief Executive Officer testified that he is paying the attorney fees for Defendants Chaz Hermanowski and Jacob Mark Torrison ("Torrison") in this lawsuit. Upon learning this testimony, undersigned counsel emailed Frantz Ward LLP (the "Firm") to determine if the Firm was aware of Calyx's payment of its fees. Despite two emails on this straightforward question, the Firm did not respond. Accordingly, based on the sworn testimony of Calyx's CEO and the Firm's unwillingness to respond to this issue, it is apparent that the Firm's legal work for Torrison is being paid by Grove Bags' competitor.

Despite knowing that Calyx is paying Torrison's fees to the Firm, Torrison's Reply to the Show Cause Order (ECF No. 14) somehow argues that Grove Bags' litigation adverse to Calyx

1

has "no bearing on this matter." (ECF No. 14, pg. 1). Torrison goes even further and argues, "Plaintiff's baseless accusation that Frantz Ward's attorneys are inappropriately sharing Grove Bags' confidential information is improper and appears to violate Plaintiff's duty of candor to the Court."

In simple terms, it is hard to believe that Calyx is paying Torrison's fees to the Firm, but Calyx is receiving no benefit from the payments. Calyx's Chief Executive Officer also testified that he is in communication with the Defendants. Because Calyx is paying the fees and in contact with the Defendants, Calyx has a direct connection to this matter.

    Respectfully submitted,

*/s/ David A. Campbell*
David A. Campbell (0066494)
Timothy Chai (0092202)
**GORDON REES SCULLY MANSUKHANI**
127 Public Square, Suite 5130
Cleveland, Ohio 44114
T: (216) 302-2531
F: (216) 539-0026
dcampbell@grsm.com
tchai@grsm.com

*Attorneys for Plaintiff Kinzie Advanced Polymers, LLC d/b/a Grove Bags*

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 10th of November, 2025, a true and accurate copy of the foregoing was served via email. In addition, the motion was electronically filed with the Court and served through the Court's online service process.

                                                  */s/David A. Campbell*
                                                  *Attorney for Plaintiff Kinzie Advanced Polymers, LLC d/b/a Grove Bags*