IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| KINZIE ADVANCED POLYMERS, LLC, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:25-cv-01217-CEF |
| | ) | |
| CHAZ M. HERMANOWSKI, *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | |

**MOTION OF DEFENDANT CHAZ M. HERMANOWSKI TO DISMISS THE FIRST AMENDED COMPLAINT OF PLAINTIFF KINZIE ADVANCED POLYMERS, LLC FOR LACK OF PERSONAL JURISDICTION AND FAILURE TO STATE A CLAIM <u>UPON WHICH RELIEF CAN BE GRANTED</u>**

Defendant, Chaz M. Hermanowski, by and through undersigned counsel and pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(6), respectfully moves this Honorable Court for an order dismissing the *First Amended Complaint* of Plaintiff Kinzie Advanced Polymers, LLC d/b/a Grove Bags for lack of personal jurisdiction and failure to state a claim upon which relief can be granted.

A *Memorandum in Support* of this *Motion*, together with the *Declaration of Chaz M. Hermanowski*, are attached hereto and incorporated by reference herein.

Dated: December 29, 2025               Respectfully submitted,

/s/ *Daniel J. Rudary*
Daniel J. Rudary (0090482)
**BRENNAN, MANNA & DIAMOND, LLC**
75 E. Market Street
Akron, OH  44308
Phone:        (330) 253-5060
Fax:           (330) 253-1977
E-mail:       djrudary@bmdllc.com

*Counsel for Defendant Chaz M. Hermanowski*

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of December, 2025, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ *Daniel J. Rudary*
*Counsel for Defendant Chaz M. Hermanowski*