# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| KINZIE ADVANCED POLYMERS, LLC, | ) |
|     *Plaintiff*, | ) |
| v. | )    CASE NO. 1:25-cv-01217-CEF |
| CHAZ M. HERMANOWSKI, *et al.*, | ) |
|     *Defendants*. | ) |

## DECLARATION OF CHAZ M. HERMANOWSKI

I, Chaz M. Hermanowski, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I am over eighteen years of age and have personal knowledge of the matters testified to herein.

2. I am a citizen and resident of the State of Colorado.

3. I have never been a resident of the State of Ohio.

4. I am a former employee of the Plaintiff in this matter, Kinzie Advanced Polymers, LLC d/b/a Grove Bags ("Grove Bags").

5. I commenced employment with Grove Bags in August 2019. I entered into the Employment Agreement that is at issue in this litigation with Grove Bags on or about January 1, 2022.

6. At the time I entered into the Employment Agreement with Grove Bags, I was a resident of the State of Colorado.

7. My employment with Grove Bags terminated when I resigned from the company on or about September 2, 2022.

8. During my employment with Grove Bags, I traveled to Ohio approximately once per quarter for company meetings. I only traveled to Ohio because Grove Bags was headquartered in Ohio. Had Grove Bags been headquartered elsewhere, I would have traveled to any other location(s) for company meetings.

9. I never solicited or serviced any Ohio-based customers while employed by Grove Bags.

10. Apart from my approximately once-per-quarter meetings at Grove Bags' Ohio office, I never worked out of Ohio during my employment with Grove Bags.

11. During my employment with Grove Bags, I performed all of my work out-of-state, with the exception of traveling to Ohio for quarterly company meetings.

12. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*Chaz Hermanowski*
Signature

Chaz M. Hermanowski
Printed Name

12-05-25
Date