# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| KINZIE ADVANCED POLYMERS, LLC, | ) | CASE NO. 1:25-cv-01217 |
| | ) | |
| Plaintiff, | ) | JUDGE CHARLES E. FLEMING |
| | ) | |
| vs. | ) | |
| | ) | |
| CHAD HERMANOWSKI, *et al.*, | ) | **ORDER SETTING EVIDENTIARY** |
| | ) | **HEARING ON PLAINTIFF'S REQUEST** |
| Defendants. | ) | **TO DISQUALIFY DEFENSE COUNSEL** |
| | ) | |
| | ) | |

An Evidentiary Hearing is hereby scheduled for March 10, 2026 at 9:00 AM on Plaintiff's request to disqualify defense counsel (ECF Nos. 7, 12).  Each side shall have two hours to introduce evidence and present any arguments regarding their respective positions.

The Evidentiary Hearing shall be open to the public.  The parties are ORDERED to produce two copies of the exhibits they plan to use in binders, plus an additional loose copy for the Courtroom Deputy.  Each set of exhibits shall include a table of contents.  All exhibits shall be marked in accordance with Loc. R. 39.1.  The parties will have access to the courtroom's technology.  Counsel must bring with them all cords, adapters, and other equipment necessary to facilitate their connection to the courtroom's technology.  If counsel would like the opportunity to access the courtroom technology prior to the hearing, such request must be made by emailing the Courtroom Deputy, Stephanie Siner, at Stephanie_Siner@ohnd.uscourts.gov at least seven (7) days prior to the hearing date.

Witness lists and exhibit lists shall be filed at least seven (7) days prior to the hearing date. Witnesses and exhibits not included in each respective party's witness or exhibit list will not be permitted.  Any motion to continue the hearing shall comply with the Court's standing order.

**IT IS SO ORDERED.**

Date: February 17, 2026

_____
**CHARLES E. FLEMING**
**UNITED STATES DISTRICT JUDGE**