IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **KINZIE ADVANCED POLYMERS, LLC,** | ) | CASE NO. 1:25-cv-01217-CEF |
| | ) | |
| *Plaintiff*, | ) | JUDGE Charles E. Fleming |
| v. | ) | |
| | ) | |
| **CHAZ M. HERMANOWSKI,** *et al.*, | ) | **MOTION TO CANCEL THE** |
| | ) | **MARCH 10, 2026 CONFLICT** |
| *Defendants*. | ) | **HEARING** |
| | ) | |
| | ) | |

A conflict hearing is currently scheduled for March 10, 2026. The hearing is set to resolve an alleged conflict between Frantz Ward LLP and Plaintiff Kinzie Advanced Polymers, LLC ("Grove Bags"). More specifically, the hearing is set to resolve whether Frantz Ward can represent Mr. Torrison against its former client, Grove Bags, in this litigation.

In the late evening of Thursday, March 5, 2026, Defendant Jacob Torrison, whom Frantz Ward represents in the litigation (as of this filing, given its pending motion to withdraw), informed the undersigned that he decided to terminate the attorney-client relationship with Frantz Ward, effective immediately.

On March 6, 2026, and as a result of Mr. Torrison's unilateral decision, the firm moved to withdraw as counsel of record, pursuant to Local Rule 83.9.

Given the firm is seeking to withdraw from representing Mr. Torrison in this litigation, the underlying alleged conflict between Frantz Ward, representing Mr. Torrison against Grove Bags in this litigation issue is moot. As such, the hearing scheduled for March 10, 2026, does not need to proceed, and thus should be cancelled.

*/s/ Jonathan M. Scandling*
Michael J. Frantz Jr. (#0088620)
Jonathan M. Scandling (#0093905)
Frantz Ward LLP
200 Public Square, Suite 3000
Cleveland, Ohio  44114
(T) 216-515-1660
(F) 216-515-1650
mjfrantzjr@frantzward.com
jscandling@frantzward.com

*Attorneys for Defendant Jacob Mark Torrison*

## CERTIFICATE OF SERVICE

A copy of the foregoing *Motion to Cancel the March 10, 2026, Conflict Hearing* was filed with the Court electronically on March 6, 2026. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

*/s/ Jonathan M. Scandling*
Michael J. Frantz Jr. (#0088620)
mjfrantzjr@frantzward.com
Jonathan M. Scandling (#0093905)
jscandling@frantzward.com
FRANTZ WARD LLP
200 Public Square, Suite 3000
Cleveland, Ohio 44114
Ph: (216) 515-1660
Fax: (216) 515-1650

*Attorneys for Defendant Jacob Mark Torrison*