## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRCT OF OHIO
## EASTERN DIVISION

KINZIE ADVANCED POLYMERS, LLC,      :
d/b/a Grove Bags,      :
     :
         Plaintiff,      :
     :      Case No. 1:25-cv-1217-CEF
       v.      :
     :      Judge Charles E. Fleming
CHAZ M. HERMANOWSKI, et al.,      :
     :
         Defendants.      :

## PLAINTIFF'S POSITION ON THE TIMEFRAME FOR
## DEFENDANT JACOB MARK TORRISON TO OBTAIN NEW COUNSEL

Pursuant to the Court's Order of March 6, 2026, Plaintiff Kinzie Advanced Polymers, LLC d/b/a Grove Bags ("Plaintiff" or "Grove Bags"), by and through counsel, respectfully provides its position on the length of time that should be afforded Defendant Jacob Mark Torrison ("Torrison") to obtain new counsel.

On March 6, 2026, the Court advised counsel for Torrison that the Court typically provides the "party 60 or 90 days for new counsel to enter an appearance." Grove Bags does not believe that 90 days is appropriate in this case. As the Court knows, this litigation is part of a multi-state, four case lawsuit between Plaintiff and its competitor, Calyx Containers, LLC ("Calyx"). Calyx's Chief Executive Officer has testified that Calyx is paying the legal fees for Torrison and two other former Grove Bags' employees to initiate lawsuits against Grove Bags. Calyx and the former employees have currently retained six law firms in Ohio (not including Frantz Ward) and Colorado to represent Calyx, Torrison and two other former employees of Plaintiff. Four of these six law firms paid by Calyx are based in Ohio. Finally, Torrison is a plaintiff in one Colorado lawsuit and a key witness in a second Colorado lawsuit currently pending.

Torrison is not the typical pro se party. Torrison's fees are paid by a third party with financial resources, and he has access through his co-parties to at least four Ohio law firms. Accordingly, since Torrison is prosecuting his case in Colorado, with counsel, he should not be afforded ninety days to find new counsel to represent him in this case.

Respectfully submitted,

*/s/ David A. Campbell*
David A. Campbell (0066494)
Y. Timothy Chai (0092202)
GORDON REES SCULLY MANSUKHANI, LLP
127 Public Square, Suite 5130
Cleveland, Ohio 44114
T: (216) 302-2531
dcampbell@grsm.com
tchai@grsm.com

*Attorneys for Plaintiff*
*Kinzie Advanced Polymers, LLC*

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that on the 10th of March, 2026, a true and accurate copy of the foregoing was electronically filed with the Court and served through the Court's online service process.

/s/David A. Campbell

*Attorney for Plaintiff Kinzie Advanced Polymers, LLC d/b/a Grove Bags*
