IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

KINZIE ADVANCED POLYMERS, LLC, )
 )
  *Plaintiff*, )
 )
v. ) CASE NO. 1:25-cv-01217-CEF
 )
CHAZ M. HERMANOWSKI, *et al.*, )
 )
  *Defendants*. )

**MOTION OF DEFENDANT JACOB MARK TORRISON TO DISMISS THE FIRST
AMENDED COMPLAINT OF PLAINTIFF KINZIE ADVANCED POLYMERS, LLC
FOR LACK OF PERSONAL JURISDICTION AND FAILURE TO STATE A CLAIM
<u>UPON WHICH RELIEF CAN BE GRANTED</u>**

Defendant, Jacob Mark Torrison, by and through undersigned counsel and pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(6), respectfully moves this Honorable Court for an order dismissing the *First Amended Complaint* of Plaintiff Kinzie Advanced Polymers, LLC d/b/a Grove Bags for lack of personal jurisdiction and failure to state a claim upon which relief can be granted.

A *Memorandum in Support* of this *Motion*, together with the *Declaration of Jacob Mark Torrison*, are attached hereto and incorporated by reference herein.

Dated: May 15, 2026

Respectfully submitted,

/s/ *Daniel J. Rudary*
Daniel J. Rudary (0090482)
**BRENNAN, MANNA & DIAMOND, LLC**
75 E. Market Street
Akron, OH  44308
Phone:          (330) 253-5060
Fax:             (330) 253-1977
E-mail:         djrudary@bmdllc.com

*Counsel for Defendants Chaz M. Hermanowski and Jacob Mark Torrison*

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of May, 2026, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ *Daniel J. Rudary*
*Counsel for Defendants Chaz M. Hermanowski and Jacob Mark Torrison*

2