## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| KINZIE ADVANCED POLYMERS, LLC, | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | )  CASE NO. 1:25-cv-01217-CEF |
| | ) |
| CHAZ M. HERMANOWSKI, *et al.*, | ) |
| | ) |
| *Defendants*. | ) |

### MOTION OF DEFENDANT JACOB MARK TORRISON TO DISMISS THE FIRST AMENDED COMPLAINT OF PLAINTIFF KINZIE ADVANCED POLYMERS, LLC PURSUANT TO THE DOCTRINE OF FORUM NON CONVENIENS

Defendant, Jacob Mark Torrison, by and through undersigned counsel, respectfully moves this Honorable Court for an order dismissing the *First Amended Complaint* of Plaintiff Kinzie Advanced Polymers, LLC d/b/a Grove Bags pursuant to the doctrine of *forum non conveniens*.

A *Memorandum in Support* of this *Motion* is attached hereto and incorporated by reference herein.

Dated: May 15, 2026      Respectfully submitted,

             /s/ *Daniel J. Rudary*
             Daniel J. Rudary (0090482)
             **BRENNAN, MANNA & DIAMOND, LLC**
             75 E. Market Street
             Akron, OH  44308
             Phone:  (330) 253-5060
             Fax:   (330) 253-1977
             E-mail:  djrudary@bmdllc.com

             *Counsel for Defendants Chaz M. Hermanowski and Jacob Mark Torrison*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of May, 2026, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ *Daniel J. Rudary*
*Counsel for Defendants Chaz M. Hermanowski and*
*Jacob Mark Torrison*